IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

   vs.                    4:02CR00136-02-WRW

DONALD DEWAYNE KIRKLAND

## ORDER

Pending before this Court is the Petition for Summons for Offender Under Supervision. The Clerk's office is directed to issue a summons for the defendant, Donald Dewayne Kirkland, and a Hearing on the Petition is set for Friday, June 9, 2006, at 1:30 p.m., before the Honorable William R. Wilson, Jr., Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 431, Little Rock, Arkansas.

IT IS SO ORDERED this 23rd day of March, 2006.

                                              /s/ Wm. R.Wilson,Jr.
                                UNITED STATES DISTRICT JUDGE

ordsumms.wpd